IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:17-CV-131-RJC-DCK

| PRASSAS CAPITAL, LLC, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | **ORDER** |
|  | ) |  |
| BLUE SPHERE CORPORATION, | ) |  |
|  | ) |  |
| Defendant. | ) |  |
|  | ) |  |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 9) filed by Benjamin S. Chesson, concerning Erik T. Norton, on April 25, 2017. Mr. Norton seeks to appear as counsel *pro hac vice* for Defendant Blue Sphere Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 9) is **GRANTED.** Mr. Norton is hereby admitted *pro hac vice* to represent Defendant Blue Sphere Corporation.

**SO ORDERED**.

Signed: April 25, 2017

David C. Keesler
United States Magistrate Judge