# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-131-RJC-DCK

| PRASSAS CAPITAL, LLC, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **ORDER** |
| BLUE SPHERE CORPORATION, | ) | |
| Defendant. | ) | |

**THIS MATTER IS BEFORE THE COURT** on Plaintiff's "Motion For (1) Relief From The Maximum Page Limit And (2) To File Documents Under Seal" (Document No. 50) filed October 19, 2018. The pending motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and is ripe for disposition. Having carefully considered the motion and the record, and noting consent of Defendant's counsel, the undersigned will grant the motion.

**IT IS, THEREFORE, ORDERED** that Plaintiff's "Motion For (1) Relief From The Maximum Page Limit And (2) To File Documents Under Seal" (Document No. 50) is **GRANTED**.

Signed: October 22, 2018

David C. Keesler
United States Magistrate Judge