# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:17-CV-131-RJC-DCK

| | |
|---|---|
| PRASSAS CAPITAL, LLC, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| BLUE SPHERE CORPORATION, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice*" (Document No. 95) filed by Benjamin S. Chesson, concerning James S. Rollins on May 10, 2019. Mr. James S. Rollins seeks to appear as counsel *pro hac vice* for Defendant Blue Sphere Corporation. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will <u>grant</u> the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice*" (Document No. 95) is **GRANTED.** Mr. James S. Rollins is hereby admitted *pro hac vice* to represent Defendant Blue Sphere Corporation.

**SO ORDERED**.

Signed: May 13, 2019

David C. Keesler
United States Magistrate Judge