IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:17-CV-00131

| | |
|---|---|
| PRASSAS CAPITAL, LLC, an Arizona limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BLUE SPHERE CORPORATION, a Nevada Corporation, <br><br> Defendant. | **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS** |

Defendant Blue Sphere Corporation ("Blue Sphere") submits the following requested statement of the case and questions for jury voir dire in this action set to begin on July 29, 2019:

## I. STIPULATIONS

Unless otherwise indicated herein, Blue Sphere stipulates and agrees to the proposed voir dire questions submitted by Plaintiff Prassas Capital, LLC ("Prassas Capital") (Doc. 108). Notably, however, Blue Sphere does not stipulate or agree to Plaintiff's proposed statement of the case.

## II. DEFENDANT'S PROPOSED STATEMENT OF THE CASE

This is a contractual dispute between two businesses. Plaintiff Prassas Capital claims that Blue Sphere owes it additional money under a financial advisory services agreement entered into between the parties. Blue Sphere claims that it does not owe Prassas Capital additional money under the agreement because Prassas Capital failed to perform the services as required by the agreement. Blue Sphere also claims that Prassas Capital should have to repay some or all of the amounts that it already received from Blue Sphere. Each party is asserting a breach of contract action against the other, and each party is asserting various defenses.

### III. OBJECTIONS TO PLAINTIFF'S PROPOSED VOIR DIRE AND ADDITIONAL PROPOSED VOIR DIRE

Defendant Blue Sphere does not stipulate to the following proposed voir dire of the Plaintiff:

- The definition of Nelson Mullins in No. 5.
- No. 20

Defendant Blue Sphere proposes the following voir dire

- Amendment to No. 5

    NELSON MULLINS – a law firm with offices in various states, including Columbia, SC, Charlotte, NC, and Boston, MA. It represents Blue Sphere.

- Amendment to No. 20

    Do any of you believe that you cannot or would be reluctant to award a large amount of money, potentially millions of dollars, to one of the parties if that party proves its case?

- Defendant's No. 1

    Have any of you ever been accused of breaching a contract or failure to make a payment under a contract?

Respectfully submitted this the 2nd day of July, 2019.

/s/Benjamin Chesson
Benjamin S. Chesson
NC Bar No. 41923
Nelson Mullins Riley & Scarborough, L.L.P.
301 S. College Street, 23rd Floor
Charlotte, North Carolina 28202
Phone: (704)-417-3117
Email: ben.chesson@nelsonmullins.com


/s/Erik Norton
Erik Norton
*ADMITTED PRO HAC VICE*
SC Bar No. 73860
Nelson Mullins Riley & Scarborough, L.L.P.
Meridian 17th Floor
1320 Main Street,
Columbia, SC 29201
Phone: (803)255-9552
Fax: (803) 255-5904
Email: erik.norton@nelsonmullins.com


*Attorneys for Blue Sphere*