# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Prassas Capital, LLC**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00131-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Blue Sphere Corporation**,** | ) | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court by Trial and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered on July 31, 2019 .

August 6, 2019

Frank G. Johns, Clerk
United States District Court