# United States District Court
# Western District of North Carolina
# Charlotte Division

| Prassas Capital, LLC, | ) | AMENDED JUDGMENT IN CASE |
| --- | --- | --- |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00131-RJC-DCK |
| | ) | |
| vs. | ) | |
| | ) | |
| Blue Sphere Corporation, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Jury Trial and a decision having been rendered and Motion to Amend Judgment.

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Jury Verdict entered July 31, 2019 and Order Amending Judgment entered on 2/6/2020.

IT IS ORDERED that prejudgment interest in the amount of $871,057.78 and post-judgment interest at the rate of 1.94% pre annum from August 7, 2019 until satisfaction in full, is entered in accordance with Order Amending Judgment (doc. 151).

February 6, 2020

_____
Frank G. Johns, Clerk
United States District Court